UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Chris P. Widmann and Cathleen Widman

CASE NO. CV 11 02049-JF

Plaintiff(s),

v.

Trans Union, LLC, HSBC USA Bank,

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
- ☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☐ Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
- ☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- ☐ other requested deadline _____

Dated: 6/30/11

Mark F Anderson
Attorney for Plaintiff

Dated: 6/30/11

James H. French
Attorney for Defendant

Second Signature Page to Stipulation to ADR in *Widmann v Trans Union LLC,* No. 11-02049 JF

/s/ William R. Brown (admitted *Pro Hac Vice*)
Christa J. Jewsbury (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
34545 Northwestern Drive
Zionsville, IN 46077
Ph: 317.363.2400
Fax: 317.363.2257
Email: wbrown@schuckitlaw.com          Lead Attorneys for Trans Union, LLC
       cjewsbury@schuclitlaw.com

Michael W. Bien, SBN 96891
Sumana Cooppan, SBN 267967
Rosen, Bien & Galvan LLP
315 Montgomery St, 10th Fl
San Francisco, CA 94104
Ph: 415.433.6830
Fax: 415.433.7104
Email: mbien@rbg-law.com               Attorneys for Trans Union, LLC
       scooppan@rbg-law.com

James H. French SBN 53555
FRENCH & LYON
A Professional Corporation
22 Battery St, Ste 404
San Francisco, CA 94111
Phone: 415.597.7813
Fax: 415.243.8200
Email: jfrench@frenchandlyon.com
                                                Attorneys for Defendant HSBC Bank USA, N.A.

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☒ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☒ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: 7/19/11

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT