1  William R. Brown, Esq.  (IN #26782-48)
   (Admitted *Pro Hac Vice*)
2  Christa J. Jewsbury, Esq. (IN #27180-49)
   (Admitted *Pro Hac Vice*)
3  Schuckit & Associates, P.C.
4  4545 Northwestern Drive
   Zionsville, IN  46077
5  Telephone:  317-363-2400
6  Fax:  317-363-2257
   E-Mail:  wbrown@schuckitlaw.com
7           cjewsbury@schuckitlaw.com

8  *Lead Counsel for Defendant Trans Union, LLC*

9

10  Michael W. Bien, Esq. (CSB #96891)
    Sumana Cooppan, Esq. (CSB # 267967)
11  Rosen, Bien & Galvan, LLP
    315 Montgomery Street, Tenth Floor
12  San Francisco, CA  94104
    Telephone:  415-433-6830
13  Fax: 415-433-7104
    E-Mail:  mbien@rbg-law.com
14           scooppan@rbg-law.com

15  *Local Counsel for Defendant Trans Union, LLC*

16

17                **UNITED STATES DISTRICT COURT**

18              **NORTHERN DISTRICT OF CALIFORNIA**

19                      **SAN JOSE DIVISION**

20                                    )  CASE NO.  5:11-cv-02049-LHK
    CHRIS P. WIDMANN & CATHLEEN       )
21  WIDMANN,                          )
                    Plaintiffs,       )  **STIPULATION AND**
22                                    )  **[PROPOSED] ORDER OF**
              vs.                     )  **DISMISSAL WITH PREJUDICE**
23                                    )  **BETWEEN PLAINTIFFS AND**
    TRANS UNION, LLC and              )  **DEFENDANT TRANS UNION,**
24  HSBC BANK USA, N.A.               )  **LLC, ONLY**
                    Defendants.       )
25                                    )

26

27      Plaintiffs Chris P. Widmann and Cathleen Widmann, by counsel, and Defendant Trans

28  Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC ONLY – 5:11-CV-02049-LHK**

between them have been compromised and settled, and that Plaintiffs' cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date:  September 19, 2011                    *s/ Mark F. Anderson (with consent)*
                                             Mark F. Anderson, Esq.
                                             Anderson, Ogilvie & Brewer, LLP
                                             600 California Street, 18th Floor
                                             San Francisco, CA  94108-2711
                                             Telephone:  415-651-1951
                                             Fax:  415-956-3233
                                             E-mail:   mark@aoblawyers.com

                                             *Counsel for Plaintiffs Chris P. Widmann and Cathleen Widmann*

Date:  October 7, 2011                       *s/ William R. Brown*
                                             William R. Brown, Esq.  (IN #26782-48)
                                               *(admitted Pro Hac Vice)*
                                             Christa J. Jewsbury, Esq.  (IN #27180-49)
                                               *(admitted Pro Hac Vice)*
                                             Schuckit & Associates, P.C.
                                             4545 Northwestern Drive
                                             Zionsville, IN  46077
                                             Telephone:  317-363-2400
                                             Fax:  317-363-2257
                                             E-Mail:   wbrown@schuckitlaw.com
                                                       cjewsbury@schuckitlaw.com

                                             *Lead Counsel for Defendant Trans Union, LLC*

                                             Michael W. Bien, Esq. (CSB #96891)
                                             Sumana Cooppan, Esq. (CSB # 267967)
                                             Rosen, Bien & Galvan, LLP
                                             315 Montgomery Street, Tenth Floor
                                             San Francisco, CA  94104
                                             Telephone:  415-433-6830
                                             Fax:  415-433-7104
                                             E-Mail:   mbien@rbg-law.com
                                                       scooppan@rbg-law.com

                                             *Local Counsel for Defendant Trans Union, LLC*

1       PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is

2   dismissed with prejudice.  Plaintiffs Chris P. Widmann and Cathleen Widmann and Defendant

3   Trans Union, LLC shall each bear their own costs and attorneys' fees.

4

5

6   Date: _____       _____

7                                          Lucy H. Koh
                                           United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28